OPINION — AG — THE BOARD OF COUNTY COMMISSIONERS IS DIRECTED TO PURCHASE A BLANKET BOND FOR THE AMOUNT SET FORTH IN THE INDIVIDUAL BONDING PROVISIONS OF COUNTY OFFICER PROVISIONS AND THAT NO SEPARATE BOND IS REQUIRED OR PERMISSIBLE. CITE: OPINION NO. 79-282, 19 O.S. 1971 215.3 [19-215.3], 19 O.S. 1971 511 [19-511], 19 O.S. 1971 571 [19-571], 19 O.S. 1971 622 [19-622], 19 O.S. 1979 Supp., 167 [19-167] [19-167], 19 O.S. 1971 622 [19-622], 12 O.S. 1971 21 [12-21] (CIVIL PROCEDURE, COUNTIES AND COUNTY OFFICERS) (C. ELAINE ALEXANDER)